MARK SCOGGINS
SCOGGINS LAW OFFICE, LLC
2nd Floor, MIC Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950-1127
Telephone Nos.: (670) 234-7455 / 7427
Facsimile No.:   (670) 234-7256

Attorney for the Plaintiff.

### THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| MANUEL ALVAREZ, | ] | Civil Action No. 16-00014 |
| | ] | |
| Plaintiff, | ] | |
| vs. | ] | **STIPULATION RE;** |
| | ] | **DISMISSAL** |
| SEAHORSE, INC., and | ] | |
| SHAO WALKER, | ] | |
| | ] | |
| Defendants. | ] | |

Pursuant to Fed. R. Civ. P. 41(a)(1), and consistent with the requirements of *Kokkonen v. Guardian Life Ins. Co. Of Am.*, 511 U.S. 375, 381-382 (1994), the parties hereto stipulate to dismiss this matter, with prejudice, as follows:

1.   The Court shall be provided with a copy of the confidential Settlement Agreement and Release of Claims (executed June 28, 2018) so that the Court may review the settlement and its terms *in camera*.  The Court may also, in its discretion, file a copy of the Settlement Agreement and Release of Claims under seal;

2.   The settlement and all of its terms shall be incorporated into the order dismissing this case;

3.   This Court shall retain jurisdiction to enforce the settlement and all of its terms; and

4. This matter shall be dismissed with prejudice.

Respectfully submitted this 2nd day of July, 2018.


_____/S/_____  
MARK SCOGGINS  
Counsel for Manuel Alvarez

_____/S/_____  
SAMUEL I. MOK  
Counsel for Seahorse, Inc. and  
Shao Walker