F I L E D
Clerk
District Court
JUL 03 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| MANUEL ALVAREZ,<br><br>        Plaintiff,<br>   v.<br><br>SEAHORSE, INC. and<br>SHAO WALKER,<br><br>        Defendants. | Case No. 1:16-CV-00014<br><br>**ORDER OF DISMISSAL** |

In accordance with the Stipulation to Dismiss in this matter filed by the parties on July 3, 2018 (ECF No. 37), the Court hereby orders as follows:

    1.    The Court has been provided with a copy of the confidential Settlement Agreement and Release of Claims (executed June 28, 2018), and the Court has had the opportunity to review the settlement and its terms *in camera*;

    2.    The settlement and all of its terms are hereby incorporated into this order;

    3.    This Court shall retain jurisdiction to enforce the settlement and all of its terms; and

    4.    Pursuant to Fed. R. Civ. P. 41(a)(1), by stipulation of all of the parties who have appeared in this action, and subject to the Court's jurisdiction to enforce the settlement agreement and its terms, this matter is hereby dismissed with prejudice.

//

/

The Clerk of Court is directed to close the case.

SO ORDERED this 3rd day of July, 2018.

                                              RAMONA V. MANGLONA, Chief Judge